UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOYAH D. KIDWELL, T67322,<br>    Plaintiff,<br>  v.<br>UNKNOWN,<br>    Defendant(s). | Case No. 22-cv-03323-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner currently incarcerated at the California Correctional Institution in Tehachapi (CCI), submitted a letter complaining of various aspects of his confinement at the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), which the clerk filed as a complaint and new action. See ECF No. 1.

On October 27, 2022, the court dismissed the letter-complaint with leave to file an amended complaint using the court's prisoner form complaint within 28 days. The court explained that the pleading must be simple and concise and must include the civil case number used in the court's order and the words FIRST AMENDED COMPLAINT on the first page. It also warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action." ECF No. 10 at 1.

More than 28 days have passed since the court's October 27, 2022 order and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated:   December 2, 2022

CHARLES R. BREYER
United States District Judge